| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Alicia D. Murchison** | Social Security number or ITIN **xxx–xx–3784** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | Date case filed for chapter **7**   **4/28/20** |
| Case number:   **20–09958** | | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Alicia D. Murchison | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 18157 Idlewild Drive<br>Country Club Hills, IL 60478 | | |
| 4. | **Debtor's attorney**<br>Name and address | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | | Contact phone 847 520–8100<br>Email: davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Catherine L. Steege ESQ<br>Jenner & Block<br>353 N. Clark Street<br>Chicago, IL 60654 | | Contact phone 312–222–9350<br>Email: csteege@jenner.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division <br> 219 S Dearborn <br> 7th Floor <br> Chicago, IL 60604 | Hours open: <br> 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. <br><br> Contact phone 1–866–222–8029 <br><br> Date: 4/29/20 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 5, 2020 at 12:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: <br><br> **Appear by Telephone. For instructions,, visit: www.justice.gov/ust–regions–r11/, region–11–northern–district–illinois** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br><br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/4/20** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                           Case No. 20-09958-DDC
Alicia D. Murchison                                              Chapter 7
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0752-1           User: bchavez                Page 1 of 2       Date Rcvd: Apr 29, 2020
                               Form ID: 309A                Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
db             +Alicia D. Murchison,    18157 Idlewild Drive,    Country Club Hills, IL 60478-5177
28818686        Allstate Insurance,    Bankruptcy Department,    75 Executive Parkway,    Hudson, OH 44237-0001
28818691       +CMRE Financial Services,    3075 E. Imperial HWY 200,    Brea, CA 92821-6753
28818694       +Convergent Outsourcing, Inc.,    Bankruptcy Department,    3 Lincoln Center,
                 Oakbrook Terrace, IL 60181-4204
28818698        Dynamic Recovery Solutions,    135 Insterstate Blvd,    Unit 6,    Greenville, SC 29615-5720
28818692      ++LCI,    PO BOX 1931,    BURLINGAME CA 94011-1931
                 (address filed with court: Comcast,    Bankruptcy Department,    PO Box 1931,
                 Burlingame, CA 94011)
28818703       +Michael Bogan,    18157 Idlewild Drive,    Country Club Hills, IL 60478-5177
28818706        Radiology Imaging Consultants, SC,    75 Remittance Drive,    Dept. 1324,
                 Chicago, IL 60675-1324
28818707       +Resurgent/LVNV Funding,    6640 Shady Oak Road Suite 300,    Eden Prairie, MN 55344-7710
28818711        SMI-Radiology Imagin Consultants, S,    PO Box 3272,    Indianapolis, IN 46206-3272
28818714        Sullivan Urgent Aid Centers, Ltd,    P.O. Box 1123,    Minneapolis, MN 55440-1123
28818718        Tate & Kirlin Associates,    580 MIDDLETOWN BLVD,    Suite D240,    Langhorne, PA 19047-1876

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: davidsiegelbk@gmail.com Apr 30 2020 01:30:00     David M Siegel,
                 David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
tr             +EDI: QCLSTEEGE.COM Apr 30 2020 05:18:00      Catherine L. Steege, ESQ,    Jenner & Block,
                 353 N. Clark Street,    Chicago, IL 60654-5474
28818685        E-mail/Text: bankruptcydepartment@tsico.com Apr 30 2020 01:33:06     ADT Security Services,
                 c/o Transworld Systems Inc.,    PO Box 15618,    Wilmington, DE 19850-5618
28818687        EDI: URSI.COM Apr 30 2020 05:18:00      Alltran Financial, LP,    PO Box 722929,
                 Houston, TX 77272-2929
28818688       +EDI: GMACFS.COM Apr 30 2020 05:18:00      Ally Financial,    PO Box 33414,
                 Detroit, MI 48232-5414
28818689        EDI: CAPITALONE.COM Apr 30 2020 05:19:00      Capital One Bank,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
28818690       +E-mail/Text: mediamanagers@clientservices.com Apr 30 2020 01:30:18      Client Services, Inc.,
                 3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
28818693        EDI: WFNNB.COM Apr 30 2020 05:19:00      Comenity Bank,    Bankruptcy Department,    PO Box 182125,
                 Columbus, OH 43218-2125
28818695       +EDI: CCS.COM Apr 30 2020 05:18:00      Credit Collection Services,    PO Box 447,
                 Norwood, MA 02062-0447
28818696        EDI: CMIGROUP.COM Apr 30 2020 05:18:00      Credit Management,    Bankruptcy Department,
                 6080 TENNYSON PKWY,    Plano, TX 75024-6002
28818697        E-mail/PDF: creditonebknotifications@resurgent.com Apr 30 2020 01:40:26      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
28818700       +E-mail/Text: bknotice@ercbpo.com Apr 30 2020 01:31:01     ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
28818699        E-mail/Text: bknotice@ercbpo.com Apr 30 2020 01:31:01     Enhanced Recovery Collection,
                 Bankruptcy Department,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
28818692        EDI: LCIFULLSRV Apr 30 2020 05:19:00      Comcast,    Bankruptcy Department,    PO Box 1931,
                 Burlingame, CA 94011
28818701       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2020 01:40:30     LVNV Funding,
                 PO Box 10587,    Greenville, SC 29603-0587
28818702       +E-mail/Text: SPECIALSERVICES@CRBAUTO.COM Apr 30 2020 01:32:58      Mechanics Bank FKA CRB,
                 PO Box 25085,    Santa Ana, CA 92799-5085
28818704       +EDI: MID8.COM Apr 30 2020 05:18:00      Midland Credit Management, Inc.,    Bankruptcy Department,
                 8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
28818705        E-mail/Text: info@phoenixfinancialsvcs.com Apr 30 2020 01:30:16
                 Phoenix Financial Services LLC,    PO Box 361450,    Indianapolis, IN 46236-1450
28818712        E-mail/Text: clientservices@sourcerm.com Apr 30 2020 01:32:58     Source Receivables Management,
                 4615 Dundas Dr.,    Greensboro, NC 27407
28818713        EDI: NEXTEL.COM Apr 30 2020 05:18:00      Sprint Nextel Correspondence,    Attn: Bankruptcy Dept.,
                 PO BOX 7949,    Overland Park, KS 66207
28818715        EDI: RMSC.COM Apr 30 2020 05:19:00      SYNCB/Pay Pal,    Bankrupcty Notice,    P.o Box 965005,
                 Orlando, FL 32896-5005
28818708       +EDI: DRIV.COM Apr 30 2020 05:18:00      Santander Consumer USA,    Bankruptcy Department,
                 PO BOX 961245,    Fort Worth, TX 76161-0244
28818709       +EDI: SEARS.COM Apr 30 2020 05:19:00      Sears/CBNA,    P.O. BOX 6282,
                 Sioux Falls, SD 57117-6282
28818710        E-mail/PDF: clerical@simmassociates.com Apr 30 2020 01:40:48      Simm Associates, Inc.,
                 PO Box 7526,    Newark, DE 19714-7526
28818716        EDI: RMSC.COM Apr 30 2020 05:19:00      Synchrony Bank,    Attn: Bankruptcy Dept.,
                 PO Box 965060,    Orlando, FL 32896-6060
28818717        EDI: AISTMBL.COM Apr 30 2020 05:18:00      T-Mobile USA, Inc.,    Legal Department,
                 12920 SE 38th Street,    Bellevue, WA 98006-1350
28818719        E-mail/Text: bkr@virtuososourcing.com Apr 30 2020 01:33:17     Virtuoso Sourcing Group,
                 Bankruptcy Department,    4500 E Cherry Creek South Dr, #300,    Denver, CO 80246-1531
                                                                                             TOTAL: 27
```

```
District/off: 0752-1          User: bchavez              Page 2 of 2              Date Rcvd: Apr 29, 2020
                              Form ID: 309A              Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2020 at the address(es) listed below:
              Catherine L. Steege, ESQ    csteege@jenner.com,   csteege@ecf.axosfs.com
              David M Siegel    on behalf of Debtor 1 Alicia D. Murchison davidsiegelbk@gmail.com,
               R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3